TAO OF SYSTEMS INTEGRATION, INCORPORATED, Plaintiff—Appellant,

v.

ANALYTICAL SERVICES & MATERIALS, INCORPORATED; Jalaiah Unnam; Venki Subbiah Venkat, formerly known as Subbiah Venkateswaran, Defendants—Appellees,

and

Siva Mangalam, Defendant.

Tao of Systems Integration,
Incorporated, Plaintiff—
Appellee,

and

Siva Mangalam, Counter Defendant—
Appellee,

v.

Analytical Services & Materials, Incorporated; Jalaiah Unnam; Venki Subbiah Venkat, formerly known as Subbiah Venkateswaran, Defendants—Appellants.

Nos. 04–2148, 04–2149.

United States Court of Appeals,
Fourth Circuit.

Argued May 25, 2005.

Decided Aug. 5, 2005.

**ARGUED:** Gregory Neil Stillman, Hunton & Williams, Norfolk, Virginia, for Appellant/Cross–Appellee. Alan Dale Albert, David Kegebein Sutelan, Leclair Ryan, P.C., Norfolk, Virginia, for Appellees/Cross–Appellants. **ON BRIEF:** Brent L. VanNorman, Hunton & Williams, Norfolk, Virginia, for Appellant/Cross–Appellee. George H. Bowles, Troutman Sanders, L.L.P., Virginia Beach, Virginia, for Appellees/Cross–Appellants.

Before WILLIAMS, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

This case stems from a dispute arising from a series of bids by rival engineering firms seeking to provide services to NASA. Tao of Systems Integration, Inc., appeals from the district court's grant of summary judgment in favor of Analytical Services and Materials, Inc. (ASM) on Tao's Lanham Act claim. ASM appeals from the district court's grant of summary judgment in favor of Tao on ASM's trade secrets misappropriation claim and from the district court's refusal to grant summary judgment in favor of ASM on Tao's trade secrets misappropriation claim. We have reviewed the record and considered the parties' arguments and find them to be meritless. Accordingly, we affirm on the reasoning of the district court. (J.A. at 3136–61.)

*AFFIRMED*